State v. Black

purchased merchandise from plaintiff. The relevant facts were stipulated and are sufficient to establish a violation of the plaintiff's fair trade agreements.

Defendants appealed from a judgment enjoining them from selling plaintiff's product at prices less than minimum prices established by plaintiff's fair trade agreements and from otherwise violating plaintiff's system under the Fair Trade Act.

*Grier, Parker, Poe, Thompson, Bernstein, Gage and Preston by Mark R. Bernstein and W. Samuel Woodard for plaintiff appellee.*

*W. G. Mitchell and McElwee & Hall by John E. Hall, attorneys for defendant appellants.*

STATE OF NORTH CAROLINA v. BENJAMIN FRANKLIN BLACK

No. 7419SC133

(Filed 6 February 1974)

APPEAL by defendant from *Seay, Judge,* 27 August 1973 Session of Superior Court held in RANDOLPH County.

*Attorney General Robert Morgan by Archie W. Anders, Associate Attorney, for the State.*

*Bell, Ogburn & Redding by Deane F. Bell for defendant appellant.*

VAUGHN, Judge.

Defendant does not bring forward any assignment of error from his trial for and conviction of the felonies of breaking and entering and larceny. Counsel asks that we examine the record for possible errors of law. We have done so and find no prejudicial error.

No error.

Judges BRITT and PARKER concur.